584 A.2d 221

ESTHER SCHATZ v. RUTH SWERSKY AND DANIEL SCHATZ
AND IRVING SCHATZ, ETC.

May 21, 1990.

Cross-petition for certification denied.

584 A.2d 221

STATE OF NEW JERSEY v. WILLIAM LAWTON.

May 21, 1990.

Petition for certification denied.

584 A.2d 221

STATE OF NEW JERSEY IN THE INTEREST OF A.B.

May 21, 1990.

Petition for certification denied.

584 A.2d 222

STATE OF NEW JERSEY v. ESTRE L. DAVIS.

May 21, 1990.

Petition for certification denied.